Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES P. BOYD, an individual, | ) |
| Plaintiff, | ) Case No. 2:18-cv-01376-JCM-GWF |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER SUBSTITUTING IN** |
| CHASE BANK, USA, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; | ) **JPMORGAN CHASE BANK, N.A., AS A PARTY DEFENDANT IN THE PLACE AND STEAD OF CHASE BANK, USA, N.A.** |
| Defendants. | ) |

Plaintiff and JPMorgan Chase Bank, N.A. (incorrectly identified in the caption as "Chase Bank, USA, N.A."), hereby stipulate as follows:

1. JPMorgan Chase Bank, N.A., is the proper party defendant in this matter, and shall be substituted in this action as a party defendant in the place and stead of "Chase Bank, USA, N.A.;"

2. The caption in this action shall be amended in all future filings to reflect that "Chase Bank, USA, N.A." is deleted from the caption and "JPMorgan Chase Bank, N.A.", is reflected as a party defendant; and,

/ / /

/ / /

/ / /

/ / /

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

3. Nothing herein shall be construed as an acknowledgment or admission that JPMorgan Chase Bank, N.A., has engaged in any actionable conduct as alleged in the Complaint on file in this action [ECF 1], or that JPMorgan Chase Bank, N.A., is liable for any claims or damages asserted by Plaintiff in this action, all of which is expressly denied by JPMorgan Chase Bank, N.A.

| | |
|---|---|
| SMITH LARSEN & WIXOM | LAW OFFICE OF KEVIN L. HERNANDEZ |
| /s/ *Kent F. Larsen* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Tel: (702) 252-5002 <br> Fax: (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. | /s/ Kevin L. Hernandez <br> Kevin L. Hernandez, Esq. <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway, Suite 206 <br> Las Vegas, Nevada 89074 <br> Tel: (702) 563-4450 <br> Fax: (702) 552-0408 <br> Email: kevin@kevinhernandezlaw.com <br> Attorneys for Plaintiff <br> James P. Boyd |
| Dated: November 26, 2018 | Dated: November 26, 2018 |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  November 27 , 2018.