1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  SMITH LARSEN & WIXOM
   Hills Center Business Park
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel: (702) 252-5002
   Fax: (702) 252-5006
5  Email: kfl@slwlaw.com
   Attorneys for Defendant
6  JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES P. BOYD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.   2:18-cv-01376-JCM-GWF<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT JPMORGAN CHASE BANK, N.A., WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Plaintiff James P. Boyd, and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Experian Information Solutions, Inc., acting through their respective undersigned counsel of record, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted (or which could have been asserted) in the above-captioned action as against Chase only shall be dismissed, with prejudice; and,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

| SMITH LARSEN & WIXOM | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| /s/ *Kent F. Larsen* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Tel: (702) 252-5002 <br> Fax: (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. | /s/ *Kevin L. Hernandez* <br> Kevin L. Hernandez, Esq. <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway, Suite 206 <br> Las Vegas, Nevada 89074 <br> Tel: (702) 563-4450 <br> Fax: (702) 552-0408 <br> Email: kevin@kevinhernandezlaw.com <br> Attorneys for Plaintiff <br> James P. Boyd |
| Dated: January 9, 2019 | Dated: January 9, 2019 |

NAYLOR & BRASTER

/s/ *Jennifer L. Braster*
Jennifer L Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 420-7000
Fax: (702) 420-7001
Email: jbraster@nblawnv.com
      asharples@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: (949) 851-3939
Fax: (7949 553-7539
Email: kneben@jonesday.com
Attorneys for Defendant
Experian Information Solutions, Inc.

Dated: January 9, 2019

**ORDER**

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated January 11, 2019.

- 2 -