Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES P. BOYD, an individual;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK USA, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>　　　　　Defendants. | Case No.: 2:18-cv-1376-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, James P. Boyd ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Experian, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) with Plaintiffs and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 28, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 28, 2019

**NAYLOR & BRASTER**

*/s/Jennifer L. Braster*
Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian
Information Solutions, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 4, 2019 _____